# Order

**Michigan Supreme Court**
**Lansing, Michigan**

December 3, 2008

137487-9

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

_____

In re ISAC SOUTHARD, Minor.
_____

DEPARTMENT OF HUMAN SERVICES,
        Petitioner-Appellee,

v

RONALD DALE SOUTHARD, JR.,
        Respondent-Appellant,

and

BONNIE J. SOUTHARD,
        Respondent.

SC: 137487
COA: 283599
Kent CC Family Division:
06-052115-NA

_____

In re AARON HUGH SOUTHARD, Minor.
_____

DEPARTMENT OF HUMAN SERVICES,
        Petitioner-Appellee,

v

RONALD DALE SOUTHARD, JR.,
        Respondent-Appellant,

and

BONNIE J. SOUTHARD,
        Respondent.

SC: 137488
COA: 283600
Kent CC Family Division:
06-054798-NA

_____

In re ALEXANDER AMSHEY, Minor.

_____

DEPARTMENT OF HUMAN SERVICES,
   Petitioner-Appellee,

v

                  SC: 137489
                  COA: 283601
                  Kent CC Family Division:
                  06-052114-NA

RONALD DALE SOUTHARD, JR.,
   Respondent-Appellant,

and

BONNIE J. SOUTHARD,
   Respondent.

_____/

   On order of the Court, the application for leave to appeal the September 16, 2008 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.



   I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

December 3, 2008         _____
                      Clerk

s1125